AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARIN RIDDELL,<br><br>           Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company and Successor in Fact to Flexpoint Funding Corporation, and DOES 1 – 10, Inclusive,<br><br>           Defendants. | Case No. EDCV11-0968-TJH-(OPx)<br>Assigned to the Hon. Terry J. Hatter, Jr.<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AURORA LOAN SERVICES LLC**<br>**[JS-6]**<br><br>Complaint Filed: May 18, 2011<br>Trial Date:       None |

{25536571;1}                                                                  1                                            CASE NO. EDCV11-00968-TJH (OPx)

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT
AURORA LOAN SERVICES LLC**

For good cause appearing, and based on the stipulation between plaintiff Carin Riddell and defendant Aurora Loan Services LLC,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that defendant Aurora Loan Services LLC is dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Date: December 13, 2012

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge

{25536571;1}

2   CASE NO. EDCV11-00968-TJH (OPX)
**CERTIFICATE OF SERVICE**